UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANDREW BERK,

    Plaintiff,

vs.

ECI PHARMACEUTICALS LLC,

    Defendant.
_____/

## COMPLAINT FOR BREACH OF CONTRACT

Plaintiff, Andrew Berk, sues Defendant, ECI Pharmaceuticals LLC, for damages as follows:

*Parties, Jurisdiction, and Venue*

1. **Plaintiff, Andrew Berk**, is a resident of New York, over 18 years old, and he is *sui juris*.

2. **Defendant, ECI Pharmaceuticals LLC**, is a for profit Florida limited liability company that is *sui juris* and has operated its business here, in Broward County, Florida, at all times material.

3. Venue is proper pursuant to 28 U.S.C. §1391(b)(ii) because Defendant transacts business in this District, because Defendant maintained its principal places of business in this District, and because most if not all of Defendant's operational decisions were made in this District.

4. This Court has original jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §1332, because Plaintiff is a resident and citizen of New York, because the Defendant limited liability company is a resident of this District, because none of the members of the Defendant are citizens of New York, because at least one of the members of the Defendant LLC is a citizen of Florida, and

1

because the amount in controversy exceeds $100,000.00, exclusive of costs, interest, or attorneys' fees.

5. Venue is appropriate because all the actions and/or decisions relevant to Plaintiff's claims occurred within this District.

6. Any/all condition(s) precedent to filing this lawsuit occurred and/or was satisfied by Plaintiff.

*Common Background Factual Allegations*

7. Defendant extended a written Offer Letter to Mr. Berk dated November 1, 2021, a copy of which is appended hereto as Exhibit "1".

8. In the Offer Letter, Defendant Mr. Berk agreed to the following terms for his employment:

    a. a salary of $262,000 per year in bi-monthly installments of $10,076.92;

    b. an allowance of $1,000 per month in business, travel, and/or healthcare expenses;

    c. a payment of $50 per month for a cell phone; and

    d. forgiveness of any obligation owed under the 2019 loan from Defendant to Mr. Berk.

*Id.*

9. The initial term of employment was for one year, from November 1, 2021, to November 1, 2022. *Id.*

10. Mr. Berk and Defendant agreed that <u>after November 1, 2022</u>, subsequent employment would be on an "at will" basis. *Id.*

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
www.fairlawattorney.com

11. Mr. Berk accepted the Offer Letter and worked for Defendant under the Offer Letter through March 2022.

12. Defendant, in turn, paid Mr. Berk in accordance with the Offer Letter through March 2022.

13. Mr. Berk flew down from New York to South Florida at the request of John H. Copanos, CEO of Defendant, who requested for the two could meet in person on March 7, 2022.

14. Mr. Copanos then terminated Mr. Berk's employment on March 7, 2022, without cause, over the phone, and without having met with Mr. Berk in person.

15. Mr. Copanos died unexpectedly approximately four days later.

16. Defendant breached its contractual agreement with Mr. Berk by failing to pay him for the following:

   a. The remainder of his annual salary of $262,000 (payable in bi-monthly installments of $10,076.92) for the remaining 34 weeks at issue (16 pay periods);

   b. The remaining eight monthly allowances of $1,000 per month in business, travel, and/or healthcare expenses; and

   c. The remaining eight monthly payments of $50 per month for a cell phone.

17. As a direct and proximate result of Defendant's breach(es) of the contract appended hereto as Exhibit "1", Mr. Berk suffered damages of $169,630.72.

WHEREFORE Plaintiff, Andrew Berk, demands the entry of a judgment in his favor and against Defendant, ECI Pharmaceuticals LLC, for his resultant breach of contract damages of $169,630.72, plus all interest allowed by law, plus such other and further relief as the Court deems just and proper.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Dated this 17th day of June 2022.

                                            Respectfully Submitted,

                                            s/Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:     305.230.4884
                                            *Counsel for Plaintiff*

4

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*