UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61160

ANDREW BERK,

    Plaintiff,

v.

ECI PHARMACEUTICALS, LLC.,

    Defendant.
_____/

**NOTICEE OF APPEARANCE AS COUNSEL FOR DEFENDANT
AND DESIGNATION OF EMAIL ADDRESSES**

Please take notice that David L. Ferguson, Esq. (ferguson@kolawyers.com) of the law firm KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT files this Notice of Appearance as attorney on behalf of the Defendant listed below:

- ECI PHARMACEUTICALS, LLC.

000001/01400953_1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 30th day of June, 2022.

>**KOPELOWITZ OSTROW**
>**FERGUSON WEISELBERG GILBERT**
>One W. Las Olas Blvd., Suite 500
>Fort Lauderdale, Florida 33301
>Telephone No. (954) 525-4100
>Facsimile No.   (954) 525-4300
>*Attorneys for Defendant*
>
>By:   */s/ David L. Ferguson*
>         DAVID L. FERGUSON
>         Florida Bar Number:  0981737
>         Ferguson@kolawyers.com
>         SETH D. HAIMOVITCH
>         Florida Bar Number:  0085939
>         Haimovitch@kolawyers.com